**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Criminal No. RDB-19-291** |
| | * | |
| **WILLIAM SOYKE,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

**<u>ENTRY OF APPEARANCE</u>**

Please enter the appearance of Derek E. Hines, Assistant United States Attorney for the

District of Maryland, as counsel on behalf of the United States.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:     _____/s/_____
Derek E. Hines
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800