UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICAN : | |
| : | |
| v. : | Criminal No. RDB 19-00291 |
| : | |
| WILLIAM SOYKE, : | |
| : | |
| Defendant. : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Hong Suk "Paul" Chung, Esq., Courtney Schaefer, Esq. and the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. as counsel for Mr. William Soyke in the above-captioned matter.

                                                       Respectfully submitted,

                                                       SHULMAN, ROGERS, GANDAL,
                                                         PORDY & ECKER, P.A.

                                         By:          /s/
                                                    Hong Suk "Paul" Chung
                                                    Courtney Schaefer
                                                    12505 Park Potomac Ave., 6th Floor
                                                    Potomac, MD 20854
                                                    (301) 230-5200

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was served, via ECF, this 14th day of June 2019 on: Assistant United States Attorney Jason Medinger and Assistant United States Attorney Derek Hines, Office of the United States Attorney, 36 N. Charles Street, 4th Floor Baltimore, MD 21201.

                      /s/
                   Hong Suk "Paul" Chung