UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. RDB 19-00291 |
| : | |
| WILLIAM SOYKE, : | |
| : | |
| Defendant. : | |

## AMENDED ENTRY OF APPEARANCE

Please enter the appearance of Hong Suk "Paul" Chung, Esq., Courtney Schaefer, Esq. and the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. as counsel for Mr. William Soyke in the above-captioned matter.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.


By:        /s/
Hong Suk "Paul" Chung
Courtney Schaefer
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854
(301) 230-5200

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Amended Entry of Appearance was served, via ECF, this 14th day of June 2019 on:  Assistant United States Attorney Jason Medinger and Assistant United States Attorney Derek Hines, Office of the United States Attorney, 36 N. Charles Street, 4th Floor Baltimore, MD 21201.

                                                                                                  /s/
                                                                  Hong Suk "Paul" Chung