# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**                                          **U.S.Courthouse - Chambers 5D**
**Richard D. Bennett**                                   **101 W. Lombard Street**
**United States District Judge**                         **Baltimore, MD 21201**
**Northern Division**                                    **Tel:  410-962-3190**
                                                         **Fax: 410-962-3177**

May 17, 2021

TO COUNSEL OF RECORD

    RE:   *USA v. William Soyke*
          Criminal No. RDB-19-0291

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been

rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**       **August 25, 2021  at 2:30 p.m.**

Although informal in format, this letter nonetheless constitutes an Order of Court and

the Clerk is directed to docket it as such.

       Sincerely,

        /s/

       Richard D. Bennett
       United States District Judge

RDB/klf#